IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILBUR McCORMICK**                                                        **PLAINTIFF**

v.                              **CASE NO. 4:25-CV-00149-BSM**

**HARTFORD LIFE INSURANCE,** *et al.*                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE